✔ JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES; OFFICER DREHER; OFFICER SMITH; and DETECTIVE KLOTZ, <br><br> Defendants. | CASE NO. CV23-03381-SVW-ASx <br> *Hon. Stephen V. Wilson, Courtroom 10A* <br> *Mag. Judge Alka Sagar* <br><br> [~~PROPOSED~~] **ORDER OF DISMISSAL OF DEFENDANTS CITY OF LOS ANGELES, OFFICER DREHER, OFFICER SMITH AND DETECTIVE KLOTZ WITH PREJUDICE ONLY** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that Defendants CITY OF LOS ANGELES, OFFICER DREHER, OFFICER SMITH and DETECTIVE KLOTZ be dismissed, with prejudice in the above-entitled action. Each party to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits. Without any additional Defendants other than Defendants CITY OF LOS ANGELES, OFFICER DREHER, OFFICER SMITH and DETECTIVE KLOTZ appearing in this federal action, the Court further dismisses the above-entitled federal action in its entirety with prejudice.

IT IS SO ORDERED.

Dated: December 28, 2023              / s / Sagar
                                      _____
                                      HON. ALKA SAGAR
                                      United States Magistrate Judge